Rogers *v.* Hancock *et al.*

Head, Justice. No abuse of discretion by the trial judge is shown in the judgment awarding custody of the minor child to the defendants in error.

*Judgment Affirmed. All the Justices concur.*

No. 16943. February 16, 1950.

L. J. *Courson* and Gibson & *Maddox*, for plaintiff in error.
H. L. *Jackson*, contra.